**Charles W. STALL, Jr., Appellant,**

v.

**John E. BOURNE, Jr., and Ross F. Walker, Appellees.**

No. 84–1394.

United States Court of Appeals, Fourth Circuit.

Argued Feb. 3, 1986.
Decided Feb. 14, 1986.

(Robert N. Rosen, Rosen, Oberman, & Rosen, Samuel H. Altman, Altman & Altman, P.A. on brief), for appellant.

(James E. Gonzales, Gonzales & Gonzales on brief), for appellees.

Before WINTER, Chief Judge, RUSSELL, WIDENER, HALL, PHILLIPS, MURNAGHAN, SPROUSE, ERVIN, CHAPMAN, and WILKINSON, Circuit Judges, sitting in banc.

### PER CURIAM:

The judgment of the district court is affirmed by an equally divided court, and the opinion of the panel heretofore filed, 774 F.2d 657, is withdrawn.

AFFIRMED.